

In re **RAFAEL TURNER**

Debtor(s)

Case No.

Chapter **7**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, **RAFAEL TURNER** , do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **1** page(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date: **July 27, 2020**

**RAFAEL TURNER**
Signature of Debtor

Date: **July 27, 2020**

Signature of Attorney

FILED

AUG 0 3 2020

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

MML_Requirements_8-2018

MML-3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

TURNER, RAFAEL -


12 SPEEDY CASH 55
P.O. BOX 780408
WICHITA, KS 67278


BUREAU OF MEDICAL ECONOMICS
RE:  EMERGENCY PROFESSIONAL SERVICE
326 EAST CORONADO
PHOENIX, AZ 85004-1524


CREDIT LENDING SERVICES
335 NORTH 3RD STREET
BURBANK, CA 91502


INTERNAL REVENUE SERVICE
STOP 5082 PX
210 EAST EARLL DRIVE
PHOENIX, AZ 85012


IQ DATA INTERNATIONAL
RE: STILLWATER APARTMENTS AZ
1600 WEST BROADWAY ROAD
TEMPE, AZ 85281


THE HALLSTROM LAW FIRM, PLLC
Acct No CC2019-180670
RE:  TLF LLC
1221 EAST OSBORN ROAD #101
PHOENIX, AZ 85014