In re:  Case No. 20-08940-BKM
RAFAEL TURNER  Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: teranm     Page 1 of 2
Date Rcvd: Oct 27, 2020     Form ID: van093     Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | RAFAEL TURNER, 8330 NORTH 19TH AVENUE, #2064, PHOENIX, AZ 85021-5276 |
| 16168051 | + | 12 SPEEDY CASH 55, P. O. BOX 780408, WICHITA, KS 67278-0408 |
| 16168052 | | BUREAU OF MEDICAL ECONOMICS, RE: EMERGENCY PROFESSIONAL SERVICE, 326 EAST CORONADO, PHOENIX, AZ 85004-1524 |
| 16168053 | + | CREDIT LENDING SERVICES, 335 NORTH 3RD STREET, BURBANK, CA 91502-1115 |
| 16168055 | + | IQ DATA INTERNATIONAL, RE: STILLWATER APARTMENTS AZ, 1600 WEST BROADWAY ROAD, TEMPE, AZ 85282-1134 |
| 16168056 | + | THE HALLSTROM LAW FIRM, PLLC, RE: TLF LLC, 1221 EAST OSBORN ROAD #101, PHOENIX, AZ 85014-5540 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: bankruptcynotices@azdor.gov | Oct 28 2020 01:00:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16168054 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2020 01:01:00 | INTERNAL REVENUE SERVICE, STOP 5082 PX, 210 EAST EARLL DRIVE, PHOENIX, AZ 85012 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CLAUDIA (AZCLDP 80268) PLOTNICK | cplotnick@cox.net |
| DALE D. ULRICH | AZ18@ecfcbis.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

FORM VAN−093
REVISED 08/01/2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:20−bk−08940−BKM

RAFAEL TURNER  Chapter: 7
8330 NORTH 19TH AVENUE
#2064
PHOENIX, AZ 85021
SSAN: xxx−xx−0499
EIN:

Debtor(s)

## ORDER REINSTATING CASE

The above−captioned Debtor(s) having filed a motion to reinstate this case pursuant to Bankruptcy Rule 9024; the case having been dismissed because required documents were not filed, filing fees were not paid, or due to administrative error. As Debtor(s) have now cured the deficiencies,

IT IS ORDERED that this case is reinstated. Debtor(s) have waived the right to object to complaints, motions, or proofs of claim filed under Fed.R.Bankr.P. 4004(a), 4007(c), 1017(e), and 3002(c) on grounds of timeliness, so long as they are filed not later than 30 days following notice of this order.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

Date: October 27, 2020  BY THE COURT

Address of the Bankruptcy Clerk's Office:  **Honorable Brenda K. Martin**
U.S. Bankruptcy Court, Arizona  United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov